

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NS:EAG/MEF
F. #2018R01021

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 3, 2019

<u>By Hand and ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Benjamin Bifalco
               <u>Criminal Docket No. 19-444 (ARR)</u>

Dear Judge Scanlon:

       The government respectfully moves for an order unsealing the indictment and arrest warrant in the above-captioned matter.

                            Respectfully submitted,

                            RICHARD P. DONOGHUE
                            United States Attorney

            By:        /s/
                            Elizabeth Geddes
                            Megan E. Farrell
                            Assistant U.S. Attorneys
                            (718) 254-6430/6448

Enclosure

cc:    Clerk of Court (by ECF)
        All Counsel (by ECF)

NS:EAG/MEF
F.# 2018R01021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BENJAMIN BIFALCO,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

CR 19-444 (ARR)

  Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Elizabeth Geddes, for an order unsealing the indictment and arrest warrant in the above-captioned matter.

  WHEREFORE, it is ordered that the indictment and arrest warrant in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
    10/3, 2019

                s/ Scanlon
                _____
                HONORABLE VERA M. SCANLON
                UNITED STATES MAGISTRATE JUDGE
                EASTERN DISTRICT OF NEW YORK