## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  VERA SCANLON          DATE: **10/3/19**

DOCKET NUMBER:  19CR444(ILG)          LOG #: **6:39 – 6:55 pm**

DEFENDANT'S NAME: **Benjamin Bifalco**
✓ Present  ___ Not Present    ✓ Custody  ___ Bail

DEFENSE COUNSEL: **Vincent Martinelli**
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A: LIZ GEDDES / MEGAN FARRELL    CLERK: K. Quinlan / L Hugh / E Williams

INTERPRETER: _____ (Language) _____

**X** Defendant arraigned on the: **X** indictment  ___ superseding indictment  ___ probation violation

**X** Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.  **X** Defendant's first appearance.

- ✓ Bond set at **$200,000**. Defendant ✓ released ___ held pending satisfaction of bond conditions.
- ✓ Defendant advised of bond conditions set by the Court and signed the bond.
- **2** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**X** Order of Excludable Delay/Speedy Trial entered. Start **10/3/19** Stop **10/11/19**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **10/11/19** @ **10:30am** before Judge **Glasser**

Other Rulings: **Property must be posted by 10/11/19.**