UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

BENJAMIN BIFALCO,

            Defendant.

- - - - - - - - - - - - - - - - -X

PROTECTIVE ORDER

Docket No. 19-CR-444 (ILG)

       Upon the October 18, 2019 application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Elizabeth Geddes and Megan Farrell,

       IT IS HEREBY ORDERED that all materials related to the wiretaps sought and obtained by the United States Attorney's Office for the Eastern District of New York in 2018 and 2019, including but not limited to recordings of intercepted calls, draft transcripts of such recordings, orders, applications, affidavits and line sheets, that are made available to the defendant in the above-captioned case (collectively, the "Protected Material"), may not be disclosed beyond the defendant, his attorney, and his attorneys' legal staff.

Dated: Brooklyn, New York
       October ___, 2019

                                                   The Honorable I. Leo Glasser
                                                   United States District Judge
                                                   Eastern District of New York