**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: **DECEMBER 11, 2019**          TIME: **11:30 a.m.**

DOCKET #: **CR-19-00444 (ILG)**          TITLE: *U.S.A. v. Bifalco*

COURT REPORTER: **Lisa Schmid**          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER:          AUSA: **Elizabeth Geddes - #6430**
                            ~~Megan Elizabeth Farrell - #6448~~

DEF'T #1 NAME: **Benjamin Bifalco**          ATT'Y: **Vincent Martinelli, Esq. - Ret.**
✓ Present   _ Not Present   ✓ On Bond          ✓ Present   _ Not Present

**CRIMINAL CAUSE FOR STATUS CONFERENCE**

✔ **Case called.**

✔ **Defendant present with counsel Vincent Martinelli, Esq.**

   **AUSA Elizabeth Geddes present for the Government.**

✔ **A status conference was held.**

✔ **Another status conference was set for 2/20/2020 at 11:00 a.m.**

✔ **The period between 12/11/2019 and 2/20/2020 was excluded, for the reasons stated on the record and in the interests of justice, from the calculation of the Speedy Trial Act time limits.  The findings required by 18 USC 3161(h)(7)(A) were made on the record.**

✔ **The defendant was continued on bond on the present conditions.**

**TIME: 0/30**