UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**           DATE:   **FEBRUARY 20, 2020**        TIME:   **11:00 a.m.**

DOCKET #: **CR-19-00444 (ILG)**                    TITLE: *U.S.A. v. Bifalco*

COURT REPORTER:   **Michele Lucchese**            DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____            AUSA: ~~**Elizabeth Geddes - #6430**~~
                                                       ~~**Megan Elizabeth Farrell - #6448**~~

DEF'T #1 NAME: **Benjamin Bifalco**               ATT'Y: **Vincent Martinelli, Esq. - Ret.**
✓ Present  _ Not Present ✓ On Bond                ✓ Present  _ Not Present

## CRIMINAL CAUSE FOR PLEADING

✔ **Case called.**

✔ **Defendant present with counsel Vincent Martinelli, Esq.**

   **AUSA James McDonald present for the Government, standing in for AUSA Elizabeth Geddes.**

✔ **The defendant was sworn.**

✔ **After being advised of his rights by the Court, the defendant withdrew his plea of**
   **not guilty and entered a plea of guilty to the sole count of the indictment.**

✔ **The Court found that the plea was made knowingly and voluntarily and that there was a**
   **factual basis for the plea and accepted the plea.**

✔ **Sentencing was scheduled for 6/16/2020 at 12:00 Noon.**

✔ **The defendant was continued on bond on the current conditions.**

✔ **A notification of the conviction was transmitted to the Probation Department.**

**TIME:   0/45**