# EXHIBIT "A"

Veronica Bifalco
177 Father Capodanno Blvd.
Staten Island, NY 10305

May 29, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/O
Vincent J. Martinelli, Esq
*Executive Suites at The Park*
900 South Avenue – 3rd Floor
Staten Island, NY 10314

<u>Re: US v. Benjamin Bifalco</u>
Docket No. 19-CR-444(ILG)

Dear Judge Glasser,

My name is Veronica Bifalco and Benjamin is my son. I work at RTR Financial Services part time. On behalf of this situation that occurred on October 3, 2019 when our family's world changed dramatically I need to explain a little about my son. I was brought up on family values and love which I try and pass it on to my children. My son has been an important part of my life since he was born and gave me the will to live during a very tough time in my life.

My son has lived with me for twenty-five years. He has an older brother, Sonny, who has lived in Connecticut for close to 8 years. This was a difficult time for Bennie since he has been so close to his brother his whole life. We've had some rough roads over the years. When I was pregnant with him, his brother was 4 years old, and I lost my husband at 39 years of age. During these last 25 years, he has had to fight since age 2 and he suffered with pneumonia. He has had two hand surgeries because of injuries, in which one put him in the hospital for a week with a pic line in his lung and then discharged with an IV for 6 weeks. This was tough on him since he had a passion for football and his hands are important part of this sport. He fought every day to make sure it would not affect his life and his sports. Bennie had to deal with me being diagnosed with Diabetes and would lose sleep thinking he was going to lose his mother like his father. His next emotional challenge was suffering through two different hurricanes, one being Irene and the other being Sandy. During this time he watched me be hospitalized with sepsis and almost die. He not only had to deal with that, the emotional toll on his family memories that were lost from his school memorabilia and pictures of his childhood and his dad where gone. During Sandy, we had to live out of our suitcases and limited supplies as we stayed at a hotel for ten months. I know he tried to be strong for me but I knew this was very tough for him. However, once again Bennie pushed through and wanted to look forward even after it took three and half years to finally get most of our house put together.

Bennie has always been direct and persevered through all these encounters and his challenges he had in his school life, sports, and family dynamics. Bennie would work harder than the next person and always strived to help another with his God given talents. He has made some bad judgement calls in his life but he tried to understand what he did wrong and rectify it with guidance from friends and family that had positive influences on him towards a promising outcome. Whether Bennie was swimming, playing soccer or football he always tried to excel in his sports. Especially the day he became the first kicker at age 17 to kick 50 yards. He always was a team player and knows the importance of friends, teammates, and colleagues. He had to realize the importance of his character when his younger cousins wanted to be just like him and had to realize his actions when further then just his actions that affecting only him. Once he went to college he struggled with his major like any other freshman does but I saw something change in him during his last few semesters in college. As a parent I was so proud to see his dedication and commitment towards a successful career and a stepping stone towards his end goal of working in business and becoming a lawyer.

We will never forget when the FBI came to our house on October 3, 2019, and the fear I saw in my son's eyes will never be forgotten. Since then it has been an emotional roller coaster and financial struggles, even with the case looming over his head he continued to devote his time to study for his LSAT's and continue to fulfill his ambition to become a lawyer. With this case still open and the Coronavirus pandemic, employers do not want to hire him even though he was so eager to finally start his career. He had a good job that he was very proud of and had lost it because of his actions, which he regrets every day since then. This misstep in his life was such a learning experience but he will learn from his mistakes and move forward like he has so many times before. Even during this time of the unknown and this case is determined by you, he continues to network and secure some clients so he is ready to start his new career in business while he studies for the Law School Admission Test. The vision he seeks comes from perseverance, dedication, and hard work. However, when this happened, everything changed again and there's not a day that goes by where he doesn't say "I made a mistake."

In conclusion, I want to give you special thanks for taking the time to read this important letter and realizing the magnitude of this decision that will make on my son's life. His career is in your hands. I will respectively accept your final decision, but I know what my son has overcome. I just hope you can recognize how much financial hardship it took to put him through college and know he might not be able to have a career that he was really meant to have.

Sincerely,

Veronica Bifalco
1-917-273-9421

Elizabeth Fossella
70 Linda Avenue
Staten Island, NY 10305

May 26, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/o
Vincent J. Martinelli, Esq
*Executive Suites at The Park*
900 South Avenue – 3rd Floor
Staten Island, NY 10314

<u>Re: US v. Benjamin Bifalco</u>
Docket NO. 19-CR-444(ILG)

Dear Judge Glasser:

My name is Elizabeth Fossella. I am Benjamin Bifalco's grandmother. I currently am the Project Manager of Voter Registration for the City of New York's Board of Election. I am the mother of seven children and Benjamin is one of my twelve grandchildren. Since Benjamin was born, he has always held a special place in my heart due to the fact that his father had passed several months before he was born. Being part of a large Irish and Italian family, Benjamin, his mom and older brother became the center of the family's attention as his mother struggled to put her world back together.

Ever since he was a toddler he would shadow his older brother and emulate whatever his brother did, whether it be soccer, swimming, or football. However, he didn't just want to be like his brother, he wanted to be his own person and would excel in his own ways by being the first freshman to qualify to compete in the City Wide finals which then led him to qualify for State Finals for swimming. I tried to attend every sports event that he was in and to watch him grow up and become such a leader in his sports teams was a proud thing to see. He not only was a member of the team would also help lead his team into victories. He made a tough decision to change high schools due to the high prestige soccer team that they offered at Tottenville High School. While he was practicing for soccer, the football coach noticed his talent and recruited him to be their kicker. Once again, he excelled to assist his team by bringing them to the New York State All Star Championship.

From there on he had to choose a college that he would be able to stay close to home so he could help his mother since his brother had moved out of state and Benjamin was the one his mother had depended on. He was able to make the decision to go to Wagner College and even though he wanted to stay on the college campus he found himself staying at home most of the nights to be closer to his mother since family is so important to him and he always wanted to make sure she was ok. He then had to make another tough decision for financial reasons and had to step away from college and enter the workforce. After a short time he realized the importance of a college education. Benjamin had always wanted me to invest in a business with him since he was a young boy, now he asked if I would invest in him so that he could go back to Wagner and fulfill his dream of graduating. I agreed with the condition that if he did not take this seriously I would not be able to fund him. Benny became very involved with his studies and was also elected to the Student Senate. When they called his name to walk up on stage of Wagner College for graduation, I could not hold back the tears. He had set his mind

on graduating and proved to himself, as well as others, that he could do it. Now he is set on taking his LSAT's. He took this commitment just as serious as he did with his sports and graduated with a Bachelor's Degree in Finance and Minor in Government and Politics. Once again I was a very proud grandmother and was able to attend his graduation.

Throughout all this time Benjamin was able to donate his time to help fundraise for multiple organizations especially for the Juvenille Diabetes Research Foundation and the Staten Island University Hospital of Northwell Health System. The Diabetes fundraising is very important to him since his mother and two cousins are afflicted with Type 1 Diabetes. For 15 years he has participated in the walk that was held in Staten Island to support this foundation. In addition to his volunteer work he became very close to some older gentlemen that played bocce across the street from him. Before he knew it they had accepted him to play with him which they rarely do especially for someone of his age. They always loved his company and they had respect for him just as much as he had for them.

One of my recent special moment's I have with him is when I was recently diagnosed with the coronavirus and I was really sick and hearing from him had motivated me to get better and fight the disease and watch all of his accomplishment yet to come.

Now Benjamin's new focus is becoming a lawyer and has devoted a lot of his time studying for the Law School Admission Test. Once again his commitment to having success is so important to him to be able to support not only himself but his family. This recent misstep has been weighing on his mind and he now understands the weight of his actions. He has continued to improve his life even more since this happened and is so eager to get a back in the workforce so he can start his new chapter in life. This is something he can achieve as soon as the coronavirus allows businesses to open.

I want to thank you Judge Glasser for taking this time out of your busy schedule to read this letter and letting you know how important and driven my grandson is. We all know the importance of this decision and how it will affect the rest of his life and want to support him however we can.


Sincerely,

Elizabeth Fossella

200 West Washington Square
Apt. 2602
Philadelphia, Pennsylvania
19106
June 1, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY
℅ Vincent J Martinelli, Esq.
Executive Suites at the Park
900 South Avenue– 3rd Floor
Staten Island, NY 10314

Re:    **US v. Benjamin BiFalco**
Docket No. 19-CR-444 (ILG)

Dear Judge Glasser:

I am a bit saddened to be writing this letter on behalf of my Grand Nephew, BJ, who is soon to come before you to receive sentencing for his misconduct. While I in no way dismiss the severity of his behavior, I might be able to generate an appreciation of the motivations behind his actions.

While Benjamin's mother was still pregnant with him, his father died leaving Veronica with two boys to raise. Despite significant health issues, Veronica has always been a loving mother to her two boys. But, there never was a father there to guide them. So, I can understand how there may be a vulnerability to be unduly influenced by unsavory acquaintances. Frankly, I don't think BJ has a mean bone in his body. I have always found him respectful, caring, and ambitious. He has a keen interest in the Law, and I am sure this predicament has him in deep thought as to his direction in life. Certainly, his present situation allows him to reflect upon the consequences of false bravado.

With the honor of practicing medicine for over fifty years, I've gotten a pretty good feel for human nature. Benjamin is a good young man. I would ask for your clemency.

With kind regards, I remain

Respectfully yours,

*John D Lucey*

John D Lucey, MD, FAAOS

Elizabeth Egan
414 Terrace Avenue
Toms River, NJ 08753

May 26, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/o
Vincent J Martinelli, Esq
*Executive Suites at The Park*
900 South Avenue – 3rd Floor
Staten Island, NY 10314

Re: US v. Benjamin Bifalco

Docket No. 19-CR-444(ILG)

Dear Judge Glasser:

Hello, my name is Elizabeth Egan, and I am a Physical Therapist Assistant in Toms River, NJ. Benjamin is my nephew and I have known him all his life. I am happy to write a letter on the important part Benjamin plays in our life. When he was born it was a tough time for his family since his father passed away while his mother was pregnant with him. However, because of this, his aunts, uncles, and grandparents stepped in to help anyway they could and we became closer than a normal family would be. I know it has always been tough for him growing up without his father and watching his cousins spending time with theirs. It is sad sometimes to see him participate in hobbies that his father loved, such as fishing and cooking and I know he wishes he could be sharing those times with his father. Benjamin has a good heart and has a caring soul. He has had his challenges in life and I believe that was him trying to find his way in life and figuring out right from wrong.

When Benjamin puts his mind to something, he is able to excel. He played sports almost all of his life and between soccer, swimming and football it gave him an even bigger family to count on but I always felt there was still something missing. He would always try to help other teammates to get motivated to play the game so that they can celebrate as a team on their victories. Even when we visited Staten Island or when he came to visit me, I would see him teaching my son or his other younger cousins how to play football or baseball or correct them on their swimming strokes.

Benjamin has struggled just like anyone else in life. However, through his struggles he has always persevered and looked for the positives in life. In the beginning, Benjamin wasn't a fan of the academics portion of school but once he found what he wanted to do you could see his face light up when he would talk about what he would accomplish in life. He has managed to graduate from college with a Bachelor's Degree and he proved to a lot of people that doubted him that he could do it. It took a little longer than expected but he was able to succeed and I am so proud of him for staying with it and not quitting when things got tough. To get there he had to work so hard and do so much even when so many things were stacked against him.

It gives me great peace knowing Benjamin is living home with his mother who has uncontrolled diabetes and is able to be there for her when she needs assistance with medication since her sugar level can plummet or skyrocket without notice and be there for her when she needs anything else she is unable to do secondary to her other medical conditions. Then, when I was recently diagnosed with Non-Hodgkin's Lymphoma, he was devastated and wanted to jump in his car to come and see me to make sure I was ok but was unable due to this pending case. He has a special relationship with my parents, his grandparents, where you can find him there in the middle of the afternoon just visiting with them and helping when needed. He could always make them laugh whenever they are down, he just has that personality. Recently, my 80 year old mother was diagnosed with COVID 19 and she really wasn't well and you could see how concerned he was and he was one that could motivate her to get up and out of bed and start to recover. Benjamin loves to be with people, whether it be with his cousins, his grandparents, and many times you could find him playing with some older gentlemen in the neighborhood playing on their bocce league. He is able to brighten many peoples day with his lovely smile and jokes, and laughter sometimes is the best medicine.

Now Benjamin is trying to move forward in his life while studying for the LSAT's and trying to continue to improve his life, it is been tough for him to sit back and wait to apply what he has learned since the coronavirus has limited him from excelling and getting his career started in what he has wanted to do for years. I know this portion of his life is not his finest moment but he has great potential to be an exceptional gentleman in his new lease on life. I would love to see him put this portion of his life behind him. He has learned a very important lesson but I believe with getting a fresh start there is nothing Benjamin can't do, he just needs the chance.

I want to thank you very much Judge Glasser for taking the time to read this letter and hoping you can see that Benjamin is a special young man who made a bad decision but is not a bad person and would love to see him continue to shine and live up to his greatest potential.


Sincerely,

Elizabeth Egan

Elizabeth Egan

Joel G Bibula
981 Armstrong Avenue
Staten Island, New York 10308
(917) 714-8356
bgb1957@aol.com

June 1, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/O
Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue-3rd floor
Staten Island, NY 10314

Re: US v. Benjamin Bifalco
Docket No. 19-CR-444 (ILG)

Dear Judge Glasser:

I am writing this letter on behalf of Benjamin Bifalco, whom I've had the pleasure and honor to have a presence in his life since 1997. My name is Joel Bibula and I am the Director of Outreach at Staten Island Community Television. My wife and I are very dear family friends and consider ourselves as an "adopted" aunt and uncle to Benjamin.

We have seen Benjamin flourish through the years and although life has not been easy for him, he has accomplished so much for a 25 year old. He did very well in his academic subjects and excelled in swimming, football and soccer while in high school and college (a true team player).

He has been very active in fundraising for JDRF and has volunteered since the age of 4 working on political campaigns. He has also worked tirelessly with various organizations to help families get back into their damaged or totally destroyed homes due to the aftermath of Superstorm sandy. This was so close to his heart since he and his mother had to basically rebuild their home due to extensive damage "Sandy" caused them personally.

From the bottom of my heart, I am asking that Bejamin Bifalco be spared of jail time. He knows that he used very poor judgement and this is something that he will be paying for the rest of his life. He truly is a kind hearted, wonderful young man made who made a big mistake. He really does deserve a chance and opportunity to fulfill his dreams.

Sincerely,

Joel G. Bibula

Steven Ferguson
16 Reid Way
Freehold, NJ 07728

May 29, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/O
Vincent J. Martinelli, Esq.
*Executive Suites at the Park*
900 South Avenue – 3rd Floor
Staten Island, NY 10314

<u>Re: US v. Benjamin Bifalco</u>
Docket NO. 19-CR-444(ILG)

Dear Judge Glasser:

My name is Steven Ferguson. I am a family friend of Benjamin Bifalco. I currently am the IT director for the New York City Board of Elections. I have known Benjamin and his family for many years. As a boy and now as a young man, Benjamin has always been a smart and respectful person. He has always been athletic and excelled in sports. He has always been a team player but also possesses leadership qualities. His talents at sports at Tottenville High School (my alma mater) were worthy enough for the football coach to recruit him to be their kicker. He was instrumental in assisting his team to get to the New York State All Star Championship.

When it came time for him to choose a college, and because his brother had moved out of state, he decided to stay close to home so he could help out his mother. Benjamin is a great support or his mother. He decided to go to Wagner College. Even though he wanted to live on campus he stayed at home most of the time to be closer to his mother, as family is extremely important to him and he always wanted to be sure she was ok. After a bit of time at Wagner, he had to make another tough decision. Due to financial issues he had to suspend his college studies and enter the workforce. After a short time he recognized the importance of a college education and Benjamin decided to return to college. His commitment to his education was taken just as seriously as was his passion for sports and he earned a Bachelor's Degree in Finance as his major with a minor in Government and Politics.

Benjamin has always been generous with his time. He has spent many hours to help raise funds for many organizations, especially for the Juvenile Diabetes Research Foundation (JDRF) and the Staten Island University Hospital, part of the Northwell Health System. Fundraising for the JDRF is very near and dear to him as his mother and two cousins are afflicted with Type 1 Diabetes. For many years he has participated in the walk for JDRF held in Staten Island to support this charity.

Benjamin's current ambition is to become an attorney. He has devoted a good part of his time studying for the Law School Admission Test. As always, his commitment to being successful is of the utmost importance to him as a law degree will enable him to support not only himself but his family.

His recent error in judgment has been a heavy burden on his mind and he now understands the gravity of his actions. He has strived to better his life even more since this incident occurred. He is extremely eager to get a back into the workforce so he can begin a new chapter in his life. This is something which is achievable as soon as the Corona Virus allows businesses to re-open.

I appreciate you taking time out of your busy schedule to read this letter. I hope it gives you a sense of how decent and driven Benjamin is. We all know the importance of this decision and how it will affect the rest of his life and want to support him however we can.

Sincerely,

*Steven Ferguson*

Steven Ferguson

William R. Paciello
487 Wilson Avenue
Staten Island, NY 10312

May 31, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY
C/o Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue – 3rd Floor
Staten Island, NY 10314

<u>Re: US v. Benjamin BiFalco</u>
Docket No. 19-CR-444(ILG)

Dear Judge Glasser:

My name is William Rocco Paciello, thank you for giving me the opportunity of submitting this "Sentencing Character Letter" on behalf of Benjamin BiFalco. I am a retired TIME Inc. freelance photographer, I'm sixty seven years old, and a longtime Fossella family friend. I have shot several sports figures, politicians, good guys & bad guys. I have photographed Pope John Paul II to the Rebbe Menachem Mendel Schneersen, Muhammad Ali to Michael Tyson, Cal Ripken Jr. to Wade Boggs, Joe Montana to Jerry Rice. U.S. Presidents, U.S. Senators, Members of Congress etc. One of my hobbies is Salt Water Fly Fishing.

That's how I met Benny & his brother Sonny, it was in November of 2000 at a fly tying class that my club the (FCA) "Fishermens Conservation Assoc. was giving to young boys & girls at the Richmond County Yacht Club on Staten Island. Benny started tying flys and by the age of thirteen he was one of our best tying instructors, he was attentive, he had a knack of replicating colors and patterns, and being able to show and teach most of the other children how to do the same thing. He is kind and thoughtful to others, he has a great deal of patience and along with his brother Sonny are great fishermen. His organizational skills are good, he's a take charge young man. One time back in April of 2011 my club was invited to attend the "Family & Youth Casting call at the C&O Canal, at the Boathouse / Fletchers Cove, Wash. D.C. we were supposed to take fifty children on a bus from SI to fish with other clubs from the northeast. The weather turned terrible, but it was a rain or shine event. The kids got about ten minutes to fish and then the sky's opened up on us. Benny was a group leader and he really helped me save the day. He came to me and said he had taken a school class trip to DC a few months earlier and he had a great idea. He then told the bus driver to take our rain soaked group to the Air and Space Museum at the Smithsonian. When he got us to the Mall, where the museum was, that's when he really took charge, he has that personality trait that he wants to belong and be liked. Well he ran the rest of the day like a tour guide, the kids and the chaperones had a great time. Benny mentioned on the bus back to SI that he might like to become an astronaut, if it weren't for his fear of heights, he has a great sense of humor.

Well your honor I hope this letter finds you on a day that you may want to add a little more weight on the compassion side of the justice scale for Benjamin. Maybe a NO JAIL sentence, for a young man who never met his father due to an untimely death, might understand that a period of probation, and a fine might make him feel he got lucky and **never, never** go down this road again. I am respectfully submitting this letter on behalf of his mother, his grand father and his great uncle.

Thank you, your honor,

William R. Paciello

Mr. Christopher Schmidt
374 Lyndale Avenue
Staten Island, NY 10312

May 29,2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/o
Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue – 3rd Floor
Staten Island, NY 10314

Re: US v. Benjamin Bifalco
Docket No. 19-CR-444(ILG)

Dear Judge Glasser:

My name is Christopher Schmidt. I currently work for the NYC OATH agency as a city laborer. I am also an Eagle Scout of Troop 222 Eltingville(2013). I'm writing on behalf of my longtime childhood friend Benjamin Bifalco. Bennie and I have been classmates and friends since junior high school. While we started as acquaintances, Bennie has become one of my closest friends. Our families have known each other through the years and Bennie's always been a true friend. He's always a welcomed guest in my home.

He is a caring and loyal person. He has always had a good relationship with his mom and has been a respectful son to her. Bennie's always put his family first. He understands that he has shown poor judgement with regards to his current situation. If given an opportunity, he will make the sensible decisions to get his life back on track. My hope is that this letter and the others you receive on Bennie's behalf, will show you what a good person he is. Please consider these reference letters of character when making your decision.

Thank you,

Christopher Schmidt
Christopher Schmidt

Stuart Waldman
Waldman Management, Corp.
513 Bement Ave. Suite B
Staten Island, NY 10310
Office: 718-273-7099
Fax: 718-273-7449

May 29th, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/o
Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue – 3rd Floor
Staten Island, Ny 10314

RE: US v. Benjamin BiFalco Docket No. 19-CR-444 (ILG)

Dear Judge Glasser:

My name is Stuart Waldman, I'm a Real Estate business owner established in Staten Island since 1984. Ben has worked for on and off and it hurts me to find out that he was involved with the wrong people. As you know in life, many kids of his age make this common mistake, and I can assure you, knowing Ben that he has learned his lesson and this lesson will be with him for the rest of his life.

As a person who has been through and known many different people, my experience has been people tend to pull from this experience and become better from it. I know that this will be the case with Ben.

On that basis, I ask for leniency for Ben. Thank you for your consideration.

Sincerely,

Stuart Waldman

Stuart Waldman

Leticia Remauro
179 Windsor Road
Staten Island, NY 10314
(718) 354-6032

May 31, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNYc/o
Vincent J. Martinelli, Esq.
Executive Suites at The Park
900 South Avenue - 3rd Floor
Staten Island, NY 10314

**Re:** **US v. Benjamin Bifalco**
Docket No. 19-CR-444(ILG)

Dear Judge Glasser:

My name is Leticia Remauro and I am President & CEO for The Von Agency, Inc. a New York State and City certified Women Business Enterprise. I have been volunteering to better my community for the past 35 years having served as Chairman for our local Community Board and in leadership for the American Red Cross and the Chamber of Commerce. I volunteered to help with the recovery following the 9/11 World Trade Center attacks and the aftermath of SuperStorm Sandy. I currently serve as secretary of the Staten Island Downtown Alliance and the Newark Liberty International Airport Community Roundtable.

I have known Benjamin Bifalco since he was in utero. I witnessed his loving upbringing by a close knit family who rallied around his mother and brother after his father's death. I know Benny to be smart, caring, easy going and respectful of his elders.

Benny is passionate about everything he does. He is serious about his education and was proud to be heading down the path to becoming a lawyer. Like many in his family, Benny is eager to help. He is the type of person who runs towards those who need him without consideration about how it will affect him. Benny enjoys the company of others, especially older adults because he sincerely feels that learning comes as much through experience as it does through study. Most of all, Benny loves to talk. He is eager to ask questions and to share his ideas which is the reason that I find myself writing this letter today.

I truly believe that Benny and other young people of his generation are facing problems unfamiliar to older adults. They have access to such an abundance of information and opinions that they can sometimes get turned around in their thinking. They see institutions, corporations and government agencies as "things" rather than organizations made up of living, breathing

individuals who can enjoy gain or suffer harm due to the actions of others. In my opinion, this lack of understanding coupled with Benny's natural penchant for "talking" caused Benny to place himself in a bad situation. It is my true belief that Benny would not knowingly get involved with something he believed would bring harm to others - and he certainly wouldn't consciously do anything to disgrace his family. Sadly, his naivete has caused both.

As much as the loss of his future plans to become a lawyer pains him, I know the thing that keeps Benny up at night is that he disappointed his family, friends and his community. This is something he will live with for the rest of his life. I therefore ask you to spare Benny from jail and to instead release him back to his family. There are instances when the tough love of a family can extract greater repentance than a jail sentence ever could. I believe that will be the case with Benny and I promise that I will add to that tough love any way I can.

Thank you for your consideration,

Sincerely,

*Leticia Remauro*

Leticia Remauro

Gaetano Donatantonio
53 Providence Street
Staten Island, NY 10304

May 29, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/o
Vincent J. Martinelli, Esq.
*Executive Suites at The Park*
900 South Avenue – 3rd Floor
Staten Island, NY 10314

<u>Re:</u>   US v. Benjamin BiFalco
Docket No. 19-CR-444 (ILG)

Dear Judge, Glasser:

My name is Gaetano Donatantonio, I am Senior Architectural Designer with Rogers Calvanico Group PLLC, an Architectural and Engineering design office based in Staten Island, NY. Prior to January of this year, I held the same position with Land Planning and Engineering Consultants, PC., for 22 years - a professional design office whose principle is Mr. Vito J. Fossella Sr., Mr. BiFalco's grandfather. I am writing this letter of support for Mr. Benjamin BiFalco.

During my tenure at Land Planning and Engineering Consultants, I had the good fortune to know Mr. BiFalco, otherwise affectionately known as BJ, from a toddler up to a grown and responsible young man. When visiting his grandfather's office, BJ would always be interested in what was going on in the office. BJ was always respectful and courteous to all the employees of the firm as well as to any clients that would come in for meetings.

BJ unfortunately grew up without a father, who tragically died prior to his birth. BJ was raised solely by his mother Veronica, who also raised another son as well. His only real father figure was and still is his grandfather, his older brother, and a few other relatives.

BJ would excel in everything that he would put his mind to, whether it be sports, school, working on various campaigns for his uncle, Congressman Vito Fossella Jr., and various jobs growing up. I would always here praise in what ever BJ was involved in and I believe that gave BJ the incentive to do better and strive for greatness, something that I believe he has within him and can be accomplished.

As will all your men growing up, life can be tough and the choices a young man makes does have implications. No one can state that they never made a bad choice in their life, but even then, bad decisions a person makes becomes part of their character if they can learn from their mistakes and grow from them. BJ is not a reckless person, but a very caring one. BJ loves people and does not shy away from helping those who need help.

BJ needs to grow from this unfortunate incident, and I believe BJ is worthy of no jail sentence but would benefit from probation instead. I know BJ can learn from this entire ordeal and will be a stronger person because of it.

Thank you Judge Glasser for taking the time to read this letter and hope you can see that Mr. BiFalco is a young man who made a mistake and through your guidance and wisdom Mr. BiFalco can be a better person not only to himself and to his family and friends but to society as well.

Sincerely

Gaetano Donatantonio

Daniel D'Alessandro
122 Kirshon Ave
Staten Island, NY 10314

May 28th, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY
C/O Vincent J. Martinelli, Esq.
*Executive Suites at The Park*
900 South Avenue – 3rd Floor
Staten Island, NY 10314

<u>Re:</u>  US v. Benjamin BiFalco
Docket No. 19-CR-444 (ILG)

Dear Judge Glasser:

My name is Daniel D'Alessandro.  I am a retired Detective, having served 21 years in the New York City Police Department, last assigned to the Special Frauds Squad. After retiring in 2006, I began a career in financial crime investigations, having worked first at Citibank NA, Corporate Security and Investigations, as a Sr. Investigator and Team Manager, before transitioning to Wells Fargo Bank NA, where I am presently employed as a Regional Group Manager of External Fraud Investigations.  In these roles, I have seen firsthand the effects of fraud, and fully understand the seriousness of these actions, yet I am writing this letter in support of a No Jail sentence for Benjamin BiFalco.

I first met BJ in 1999, when he was in kindergarten and his mother, Veronica, signed him up for soccer at the Petrides School.  I was the father of a kindergarten student and was recruited as their soccer coach that season. Little did I know at the time that I would coach this team and BJ for the next 9 years into High School.   BJ always worked harder than the others, and even at a young age showed focus and determination to improve. He became a leader of the team both on and off the field, showing qualities of maturity and commitment, leading by example and encouraged the others to work harder.  He was always the first at practice and spent our down time teaching others his self-taught soccer tricks, always looking to help the team.  Although, like most boys, he was not without faults, he took direction well and learned from those opportunities. His mother and grandfather were constants on the sidelines at games, always supporting him, and remind me of the impact that I had on his young life.

Having been involved in youth sports for now over 20 years, I firmly believe that the qualities that a young player show on field, are carried through life.  I ask that you consider all the positive qualities that this young man has exhibited the past. I know that Benjamin BiFalco possesses great potential which he may never realize if a jail sentence is imposed, and for that reason, I ask you to consider probation.

I thank you for your service and for taking the time to read my letter.

Respectfully Submitted;

Daniel D'Alessandro

Nicholas Traficenti
35 Arlene Street
Staten Island, NY 10314

May 27th, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/o
Vincent J. Martinelli, Esq.
*Executive Suites at The Park*
900 South Avenue – 3rd Floor
Staten Island, NY 10314

RE:     US v. Benjamin BiFalco
Docket No. 19-CR-444 (ILG)

Dear Judge Glasser:

My name is Nicholas Traficenti. I am a retired police detective and worked for the NYPD for 26 years. After my retirement I worked for Congressman Vito Fossella for approximately 9 years and then went on to work for the Archdiocese of New York as a security supervisor at Mt. Loretto for approximately 10 years. I am writing this letter of support for Benjamin BiFalco.

I have known Bennie and his family for over 20 years. He has always been courteous and respectful whenever I have been in his company. Having worked in law enforcement for many years, I have a good understanding of Benjamin's character. Benjamin is a hardworking student who was involved in soccer and swimming at Petrides and soccer and football at Tottenville High School. He was also a qualified lifeguard. I truly believe Bennie is a genuine person and has a good heart. He has always been supportive of his mother Veronica, who raised him as a single parent.

I believe Bennie is worthy of a no jail sentence but rather a period of probation instead. He possesses qualities and skills that will be beneficial when applied to working within his community.

In conclusion, I ask you to take into consideration all of the positive attributes that Benjamin possesses. I would like to thank you Judge Glasser for taking the time to read my letter.

Sincerely,

Nicholas Traficenti

Nicholas Traficenti Supporter

# saint ann's church

June 1, 2020

To whom it may concern:

I am happy to write this letter for Benjamin Bifalco (AKA Benjamin Fossella), whom I have come know as a young man of strong family values, with a tremendous potential for doing good.

Our parish community has much affection and gratitude for Benjamin who, as a kind hearted and multi-faceted volunteer here at St. Ann's church, has impressed the people in our community in more ways than one. His gentleness and compassion for people, as well as his respect for those in authority, along with his enthusiasm to make a positive difference in the community have won the hearts of our admiring parishioners. His pleasant and cheerful nature and intellectual curiosity, along with his eagerness to help people in need, would make him stand out as a young person for excellence in serving the community.

Benjamin Bifalco, a bright and dedicated young person with a willingness to go the extra mile to bring happiness to others, is very special to very many of us here. From my own experience, both as a pastor and a teacher in a college, I am confident that people like Benjamin will find excellence in giving to the community than in receiving. Please extend to him all possible help.

Sincerely,

Fr. Jay Mampilly

Rev .Mampilly, Ph.D.

Pastor

Benjamin BiFalco Supporter
May 29, 2020
80 Jerome Avenue
Staten Island, NY 10305

The Honorable I. Leo Glasser
United States District Judge, EDNY
C/O Vincent J. Martinelli Esq.
*Executive Suites at The Park*
900 South Avenue–3rd Floor
Staten Island, New York 10314

**Re: US v. Benjamin BiFalco**
Docket No. 19-CR-444 (ILG)

Dear Judge Glasser,

My name is Father Michael Martine. I am a Roman Catholic priest currently serving as the Pastor of Holy Rosary Parish in the South Beach section of Staten Island since 2013. It is in this capacity, as well as in my community activities that I know Mr. Benjamin BiFalco and his family and it is in this role that I write to you today to ask for leniency as you sentence Mr. BiFalco for the crime of attempted sports bribery to which he previously pled guilty.

In my years of getting to know BJ, I can tell you that he is a academically talented individual who has put the needs of other above his own. This is evident by the fact that he graduated from Wagner College with a grade point average of 3.25 and a BS degree in Finance and a minor in Government and Politics. In addition, while in college he was a student leader and was a Senator of the Student Government.

His community involvement is also evidence of his good character. After Hurricane Sandy devastated parts of Staten Island, BJ was found working with different charitable organizations in Staten Island to help people get back into their homes. This was selfless help that was greatly needed at the time. In addition to this, BJ also reached to help those who suffer from Juvenile Diabetes by raising funds for them for 15 years as well as raising funds for Staten Island University Hospital to aid the sick and dying. This is somebody who has a good heart with the needs of others clearly in mind.

The other issue that should be considered here, other than character, is taking responsibility for one's actions and remorse for one's wrongdoing. BJ by pleading guilty to the crime has already taken responsibility for his actions. After speaking to him, I can attest to your Honor that he is truly remorseful for what he did, learned from this and will not commit the same illegal actions again. He is committed to staying on "the straight and narrow" and has made strides in bettering his life by completing 10 hours for his OSHA license and has worked in construction and interned in an architectural firm. I truly believe that BJ has learned from this, has turned his life in a positive direction and will continue to be a positive influence in our community.

Based on all of the above, I ask Your Honor to be lenient and not sentence Mr. BiFalco to a period of incarceration, but rather probation.

I thank you for your consideration and time in reading this letter. If I can be of any further assistance, please fell free to contact me at the parish.


Respectfully,

Reverend Michael T. Martine
Pastor

Dianne M Powers
29 Annfield Court
Staten Island NY

June 1, 2020

The Honorable I. Leo Glasser
United States District Judge, EDNY C/o
Vincent J. Martinelli, Eqs.
Executive Suites at the Park
900 South Avenue— 3nd Floor
Staten Island, NY10314

Re:     US v. Benjamin

Docket No. 19-

Bifalco

CR-444 (ILG)
Dear Judge Glasser:

My name is  Dianne Powers and I am writing to you about Benjamin Bifalco.  I am a long time resident of Staten Island moved to the Island with my parents in 1969.  I am a widow my late husband was Frank H. Powers. My husband and I raised three sons and since 1985 have been involved in many organizations  St.Joesph St. Thomas Church  St.Vincents Hospital  RUMC  Wagner College  St. Elizabeth Nursing Home  Eger Nursing Home  YMCA and more.
I  am fortunate to have been a wife mother grandmother and have a business career and be able to devote time to the community too.

I have known Benjamin and his family for many years.  I have watched him grow and volunteer for fund raising for Juvenile Diabetes and to do the JDRF Walk  from the time he was very young for a total of 15 years. I also remember him volunteering at political campaigns  along side my late husband and I.  My most recent opportunity to see him work hard with accomplishment was his experience at Wagner College we spoke many times about his future plans. I admired  his work ethic to maintain his GPA of 3.25  and graduate with a BS in Finance and a Minor in Government and Politics. It was also my pleasure to shake his hand when he received his Diploma at Commencement at Wagner College.

I know this present circumstance in his life is a serious matter. I believe Benjamin is very sorry about what he did. Given the opportunity I believe that he will learn from it but I think he can move forward by helping in the community. I am a strong believer in volunteering and feel he has that ability to help others. I see him continuing his education  volunteering and appreciating being given a chance.

Judge Glasser I ask you to please consider the good things that Benjamin has accomplished and is capable of accomplishing in the future. I ask from heart please allow him this opportunity.

I truly believe he will move forward in the right direction and ask please allow this to happen without a jail sentence. I thank you from the heart for your consideration.

Sincerely,

Dianne M Powers

# EXHIBIT "B"



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG
F. #2018R01021

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2019

By E-mail

Vincent J. Martinelli, Esq.
Email: vjmlaw@si.rr.com

> Re:  United States v. Bifalco (ILG)
>      Criminal Docket No. 19-444 (ILG)

Dear Counsel:

Pursuant to our obligations under Brady v. Maryland, 373 U.S. 83 (1963), and in an abundance of caution and consistent with our telephone conversation today, the government hereby discloses information related to the offense charged in the above-referenced matter. First, the government has spoken with one or more of the players on the Wagner basketball team who Bifalco claimed -- in intercepted communications -- to have given a total of $7,500 (*i.e.*, Elijah Davis, Romone Saunders and AJ Sumbry). One or more of those players advised law enforcement that Bifalco in fact had *offered* one or more of them money to affect the outcome of a basketball game between Wagner and St. John's, but denied ever *receiving* any money from Bifalco. Second, as reflected in Discovery Exhibits 8 and 12, the government determined that Bifalco placed two telephone calls to telephone numbers associated with FanDuel on Sunday, December 16, 2018, but the government has not been able to identify any bets that Bifalco placed with FanDuel or other online sports-betting establishments on the December 16, 2018 basketball game between Wagner and St. John's.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/
       Elizabeth Geddes
       Megan Farrell
       Assistant U.S. Attorneys
       (718) 254-6430/6448